UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SYLVESTER WARNER                                          CIVIL ACTION

VERSUS

JAMES M. LEBLANC, ET AL.                                  NO. 21-00015-BAJ-RLB

RULING AND ORDER

Before the Court is the Magistrate Judge's **Report and Recommendation (Doc. 8),** recommending that the Court dismiss Plaintiff's claims without prejudice for Plaintiff's failure to serve Defendants as required by Federal Rule of Civil Procedure 4(m). (*Id.* at p. 3). There are no objections to the Report and Recommendation.

Having carefully considered the underlying Complaint, the Report and Recommendation at issue, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

1

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to serve Defendants as required by Federal Rule of Civil Procedure 4(m).

Baton Rouge, Louisiana, this 27th day of June, 2022

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA